IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-133-D
No. 7:14-CV-122-D

| | |
|---|---|
| CHRISTOPHER HANNIGAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On January 13, 2010, Hannigan pleaded guilty, pursuant to a written plea agreement [D.E. 22], to manufacturing child pornography in violation of 18 U.S.C. § 2251(a) and (d). See Rule 11 Tr. [D.E. 46] 4–21, 25–32. On May 5, 2010, the court sentenced Hannigan to 336 months' imprisonment and a lifetime of supervised release. See Sentencing Tr. [D.E. 47] 15.

On June 5, 2014, Hannigan filed a motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255 [D.E. 33]. On July 22, 2014, the government filed a motion to dismiss [D.E. 37]. On March 10, 2015, the court granted the government's motion to dismiss Hannigan's motion to vacate his sentence under 28 U.S.C. § 2255 [D.E. 48].

On April 7, 2015, under the prison mailbox rule, Hannigan filed a motion for reconsideration [D.E. 50]. Hannigan asks the court to reconsider its March 10, 2015 order denying him relief under 28 U.S.C. § 2255. The court has discretion to alter or amend a judgment under Rule 59(e). See, e.g., Dennis v. Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The court has considered Hannigan's motion under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart

v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998). The motion for reconsideration lacks merit and is denied.

In sum, the motion for reconsideration [D.E. 50] is DENIED. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 483–84 (2000).

SO ORDERED. This 27 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge