THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-00133-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER TO SEAL MEDICAL |
| VS. | ) | RECORDS (UNDER SEAL) |
| | ) | |
| | ) | |
| CHRISTOPHER HANNIGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal Medical Records* is

allowed and the Clerk is directed to seal this *order,* and *Motion to Seal Medical Records,* except

that the clerk is authorized to provide filed copies of the Court's ruling on said *motion* to counsel

for the Defendant and the Government.

SO ORDERED, this the ___4___ day of ___May___ 2021.

_____
James C. Dever III
~~Senior~~ District Court Judge
United States